# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE HOA FORECLOSURE CASES. | **ORDER DIRECTING PARTIES TO CERTIFY CASES TO NEVADA ATTORNEY GENERAL** |

The following cases involve a constitutional challenge to Nevada state statutes, specifically Chapter 116:

*Bank of America, N.A. v. Spring Mountain Ranch Master Ass'n*, 2:16-cv-01330-APG-NJK

*Ditech Financial LLC v Sunrise Mountain Townhomes Ass'n*, 2:16-cv-01415-APG-GWF

*Bank of America, N.A. v. Operture Inc.*, 2:16-cv-01692-APG-GWF

*HSBC Bank USA, N.A. v. SFR Investments Pool 1, LLC*, 2:16-cv-01697-APG-NJK

*Bank of N.Y. Mellon v. Copper Sands Homeowners Ass'n*, 2:16-cv-01720-APG-NJK

*US Bank N.A. v. SFR Investments Pool 1*, LLC, 2:16-cv-01776-APG-NJK

*Nationstar Mortgage LLC v. Copperfield Homeowners Ass'n*, 2:16-cv-01834-APG-VCF.

Pursuant to Federal Rule of Civil Procedure 5.1(a), the party challenging the statute's constitutionality should have served the Nevada Attorney General with its complaint, motion, or other filing that calls into question Chapter 116's constitutionality. I order the parties in these cases to follow that Rule and to file proof of compliance within 10 days of the date of this order.

**IT IS THEREFORE ORDERED** that the party challenging Chapter 116's constitutionality in each of these cases must serve the Nevada Attorney General with the complaint, motion, or other filing that calls into question Chapter 116's constitutionality, and shall file proof of compliance within 10 days of the date of this order.

DATED this 4th day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE