MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Bank of America, N.A., Successor By Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SPRING MOUNTAIN RANCH MASTER ASSOCIATION; PREMIER ONE HOLDINGS, INC.; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01330-APG-NJK<br><br>**STIPULATION TO LIFT THE STAY AND DISMISS THE ACTION**<br><br>**ORDER** |

Plaintiff Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, and defendants Spring Mountain Ranch Master Association, and Nevada Association Services, Inc., by and through their respective counsel of record, hereby stipulate and agree to lift the stay entered on August 18, 2016. ECF No. 23.

Defendant Premier One Holdings, Inc. never answered or otherwise appeared in this action. [1]

---

[1] Defendant Premier One Holdings, Inc. was served on June 16, 2016. ECF No. 16. Premier One Holdings, Inc. has not appeared in this matter and may be dismissed without prejudice under Rule 41(a)(1)(i) of the Federal Rule of Civil Procedure and without an order from the Court.

The parties further stipulate and agree to dismiss this action without prejudice pursuant to NRCP 41(a)(1)(ii). Each party shall bear its own costs and fees.

DATED this 12th of August, 2019.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/ Rex D. Garner*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A., Successor By Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | */s/ T. Chase Pittensenbarger*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>T. CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Spring Mountain Ranch Master Association* |
| **NEVADA ASSOCIATION SERVICES, INC.**<br><br>*/s/ Brandon E. Wood*<br>CHRISTOPHER V. YERGENSEN, ESQ.<br>Nevada Bar No. 6183<br>BRANDON E. WOOD, ESQ.<br>Nevada Bar No. 12900<br>6224 West Desert Inn Road<br>Las Vegas, Nevada 89146<br><br>*Attorney for Nevada Association Services, Inc.* | |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-01330-APG-NJK

Dated: August 13, 2019.